AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| JEREMIAH W. BALIK | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 16cv04070-LHK |
| CITY OF CEDAR FALLS, Et Al | ) | |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: TWITTER LEGAL DEPT / TWITTER, INC
1355 Market Street, 900, San Francisco, CA 94103 litigation@twitter.com

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: In Plaintiff archives, find picture of Black man, wearing Black suit jacket, black tie and white shirt with Black skirt with SM Samantha Hoopes & Los Angeles County Sheriff's Dept squad cars in the background, send emai to LHKcrd@cand.uscourts.gov Hon. LH Koh and Plaintiff at shteren.entertainment@gmail.com.

| Place: United States District Court<br>280 South 1st Street, Courtroom 8 - 4th Floor<br>San Jose, CA 95113 (408) 535-5346 | Date and Time:<br>10/15/2016 2:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: **AUG 1 1 2016**

CLERK OF COURT

**Betty Walton**     OR     _____
*Signature of Clerk or Deputy Clerk*        *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____, who issues or requests this subpoena, are:
Jeremiah W. Balik
1223 Wilshire Blvd #777 Santa Monica, CA 90403 shteren.entertainment@gmail.com (424) 280-2981

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Twitter, Inc.
1355 Market Street • 900
San Francisco, CA 94103

info@deSimone-law.com

April 26, 2016

Via Email: angelscamp3d@gmail.com

Jeremiah Balik
1223 Wilshire Blvd., #777
Santa Monica CA 90403

Re: *Jeremiah Balik v. Chocolate Shoppe Ice Cream Company, Inc.*
Stanley Mosk – Los Angeles Superior Court, Case No. 15K05516

Dear Jeremiah,

Twitter is responding to your subpoena, dated April 6, 2016, in the above-referenced matter.

As an initial matter, please direct any future correspondence regarding this matter to Twitter (either via fax to 415-222-9958 or via email to litigation@twitter.com). Separately, legal process should also be served, in accordance with the applicable laws and rules of court, on Twitter.

Regarding your request, you may obtain the information you seek by logging into your Twitter account and downloading your Twitter archive[1] at any time. Users may also obtain most records related to their account by requesting them directly from Twitter through a webform.[2]

Please note, Twitter reserves all available objections to your request.

Should you have any questions, please feel free to contact us at litigation@twitter.com.

Kind Regards,

Twitter Legal

---

[1] A description of how to download and view one's Twitter archive is available at https://support.twitter.com/articles/20170160-downloading-your-twitter-archive#
[2] Where a user wants to request their own information, they can fill out this form: https://support.twitter.com/forms/privacy