1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                           NORTHERN DISTRICT OF CALIFORNIA

10                                  SAN JOSE DIVISION

11

12   JEREMIAH W. BALIK,                          Case No. 16-CV-04070-LHK

13                  Plaintiff,                   **ORDER FINDING THAT CASES ARE
                                                 NOT RELATED**
14           v.

15   CITY OF CEDAR FALLS, et al.,

16                  Defendants.

17

18          On September 21, 2016, U.S. District Judge Haywood S. Gilliam, Jr. referred the case

19   *Balik v. Sprint. Inc. ("Sprint")*, No. 16-CV-05101 to the undersigned for the purpose of

20   determining whether *Sprint* is related to *Balik v. City of Cedar Falls*, No. 16-CV-04070.  ECF No.

21   5 in the *Sprint* docket.  Neither party filed an opposition to or support for the relation of these two

22   cases, and the time to do so has now passed.  Civ. L.R. 3-12(c), 3-12(e), 7-11(b) (providing that an

23   opposition or support must be filed "no later than 4 days" after the judicial referral).

24          An action is related to another when (1) the actions "concern substantially the same parties,

25   property, transaction, or event;" and (2) it "appears likely that there will be an unduly burdensome

26   duplication of labor and expense or conflicting results if the cases are conducted before different

27   Judges."  Civ. L.R. 3-12(a).  For the reasons stated below, the Court concludes that *Sprint* and

28
                                                   1

United States District Court
Northern District of California

United States District Court
Northern District of California

1    *Cedar Falls* are not related under Civil Local Rule 3-12.

2         First, the two cases involve different sets of defendants.  In *Sprint*, Plaintiff Jeremiah Balik

3    ("Balik") sues Sprint, Inc., Time Warner Cable, Inc., Next Generation Wireless, and Telephone

4    and Data Systems, Inc.

5         In *Cedar Falls*, Balik sues the City of Cedar Falls, Iowa; the City of San Jose, California;

6    the City of Ventura, California; the City of Santa Clara, California; the Los Angeles County

7    Sheriff's Department; the Santa Barbara County Sheriff's Department; the San Diego County

8    Sheriff's Department; and Next Generation Wireless.

9         Thus, the two cases do not share ten defendants.  Only Next Generation Wireless is a

10   defendant in both cases.

11        Second, the gravamen of the two cases are different.  In *Sprint*, Balik asserts a claim for

12   racial discrimination in employment under the Fair Employment and Housing Act, Cal. Gov. Code

13   § 12900, which was not asserted in *Cedar Falls*.  In *Cedar Falls*, Balik's claims center on

14   allegedly improper police patrolling and the issuance of traffic citations to Balik in, among other

15   locations, San Jose, Ventura, Oakland, Santa Clara, Los Angeles, Santa Barbara, and San Diego.

16   Balik does not raise these incidents in *Sprint*.

17        Accordingly, the undersigned finds that *Sprint* and *Cedar Falls* are not related under Civil

18   Local Rule 3-12.  A copy of this order shall be filed in the *Sprint* docket.

19   **IT IS SO ORDERED.**

20

21   Dated: September 27, 2016

22   _____
     LUCY H. KOH
23   United States District Judge

24

25

26

27

28
                                                    2
     Case No. 16-CV-04070-LHK
     ORDER FINDING THAT CASES ARE NOT RELATED